AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Armando RIVERA-Sereno
a/k/a Armando RIVERA-Sanchez

*Defendant(s)*

Case No. 2:21-mj-409

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/02/21__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry of a Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Travis Huzl*
Complainant's signature

Travis Huzl, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/14/2021

Judge's signature

City and state: Columbus, OH

Hon. Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| CRIMINAL COMPLAINT OF: ) | |
| ) | Case No. |
| Armando RIVERA-Sereno ) | |
|     a/k/a Armando RIVERA-Sanchez ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Travis P. Huzl, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than eleven years of experience as an Immigration Agent with United States Immigration and Customs Enforcement (ICE). I am assigned to the Columbus, OH, Office of Enforcement and Removals. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Immigration Enforcement Agent course at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia.

2. During the course of investigating Armando RIVERA-Sereno (A079 688 944), I have learned the following facts:

3. RIVERA-Sereno is a citizen and national of Mexico with no claim to United States citizenship.

4. On or about September 5, 2003, RIVERA-Sereno was ordered removed by an Immigration Judge in Washington, D.C. On or about September 9, 2003, RIVERA-Sereno was physically removed from the United States to Mexico at the Harlingen, TX, Port of Entry. On that day, RIVERA-Sereno surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same day. RIVERA-Sereno's departure was witnessed by an Immigration Officer who documented the departure by way of signature on the Immigration Form I-205.

5. On or about January 16, 2005, RIVERA-Sereno was encountered by Border Patrol in Eagle Pass, TX. RIVERA-Sereno's prior order of removal from September 5, 2003 was reinstated. On or about February 14, 2005, RIVERA-Sereno was removed from the United States to Mexico at the Del Rio, TX, International Bridge Port of Entry.

6. On or about February 22, 2005, RIVERA-Sereno was encountered by Border Patrol near Abilene, TX. On or about February 25, 2005, RIVERA-Sereno was convicted of Illegal Entry into the United States, in violation of 8 U.S.C. §§ 1325 and 1329, in the

United States District Court for the Northern District of Texas (Case No. 1:05-mj-021). RIVERA-Sereno was sentenced to a term of imprisonment of 179 days and ordered to pay a $10 special assessment. RIVERA-Sereno's prior order of removal from September 5, 2003 was reinstated. On or about August 19, 2005, RIVERA-Sereno was removed from the United States to Mexico at the Del Rio, TX, International Bridge Port of Entry.

7. On or about April 17, 2012, RIVERA-Sereno was encountered by Border Patrol near Abram, TX. RIVERA-Sereno's prior order of removal from September 5, 2003 was reinstated. On or about April 23, 2012, RIVERA-Sereno was removed from the United States to Mexico at the Calexico, CA, Port of Entry.

8. On or about April 29, 2012, RIVERA-Sereno was encountered by Border Patrol near Los Ebanos, TX. RIVERA-Sereno's prior order of removal from September 5, 2003 was reinstated. On or about May 1, 2012, RIVERA-Sereno was removed from the United States to Mexico at the Hidalgo, TX, Point of Entry.

9. On or about February 2, 2021, the Franklin County Sheriff's Office arrested RIVERA-Sereno for felonious assault in Columbus, OH. RIVERA-Sereno allegedly shot his roommate in the torso with a shotgun. The victim was hospitalized. RIVERA-Sereno is charged with two counts of Felonious Assault (with a firearms specification), in violation of O.R.C. § 2903.11, and one count of Tampering with Evidence, in violation of O.R.C. § 2921.12, in the Franklin County Court of Common Pleas (Case No. 21 CR 000596).

10. After a verification of fingerprints, ICE determined that RIVERA-Sereno had previously been ordered removed from the United States and is subject to prosecution for illegal re-entry, being found in the United States after being barred from reentering this county for a period of 20 years. Biometric and records checks confirmed that RIVERA-Sereno did not receive permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security for this reentry into the United States.

11. I submit that the foregoing facts establish probable cause that Armando RIVERA-Sereno has committed a violation of 8 U.S.C. § 1326(a), in that RIVERA-Sereno is (1) an alien who was denied admission, excluded, deported, or removed, or departed the United States while an order of exclusion, deportation or removal was outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

*Travis Huzl*
Travis P. Huzl
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 14 day of June, 2021.

_____
HONORABLE CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE